UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

UNITED STATES OF AMERICA                HEARING: _R5____ CASE #: 1:22-CR-123__
                                         DATE: 1/26/24   TIME: <u>2:00 pm</u>

          -VS-
<u>Ebuka Umeti and Franklin Okwonna____</u>       TYPE: <u>FTR RECORDER</u>     DEPUTY CLERK: <u>TINA FITZGERALD</u>

COUNSEL FOR THE UNITED STATES: _____ _____Laura Withers_____

COUNSEL FOR THE DEFENDANT: _____

( x ) DEFT APPEARED : ( x ) W/O COUNSEL  ( ) W/DUTY FPD PRESENT:_____

( x ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) DEFT INFORMED OF DUE PROCESS       ( ) ORDER SIGNED BY JUDGE

**(   )** COURT TO APPOINT COUNSEL _____      (   ) DFT. TO RETAIN COUNSEL

**(   )** DEFT. CALLS WITNESS AND ADDUCED EVIDENCE

**(   )** EXHBIT #_____ADMITTED

**(   )** PROBABLE CAUSE:  ( ) FOUND   ( ) NOT FOUND

(   ) PRELIMINARY HEARING WAIVED

**(   )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

**MINUTES:** Both Deft's informed the court that they have retained counsel-not present. USA seeks detention-Granted.

**CONDITIONS OF RELEASE**:
($   ) UNSECURED ($   ) SECURED (   ) PTS **(   )** 3^RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT

**( x ) BOTH DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
(   ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (   )PROBATION (   ) RELEASE (   ) BOND

**NEXT COURT APPEARANCE:** __1/31/24_____ at __2pm_____ Before __Vaala_____
 ( x ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R40 ( )ARR