

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

2024 APR 24  P 2: 35

| | |
|---|---|
| THE UNITED STATES OF AMERICA )| |
| ) | |
| vs. ) | |
| ) | |
| ) | Criminal No. 1:22-CR-00123 |
| Franklin Ifeanyichukwu Okwonna ) | |
| Defendant. | |

## PRAECIPE

The Clerk will please issue <u>10</u> blank subpoenas for the above styled matter which is currently scheduled for a Jury Trial before the Honorable U.S. District Judge Leonie M. Brinkema on June 10, 2024, at 10:00 a.m.

Respectfully submitted,
Franklin Ifeanyichukwu Okwonna
By Counsel

Counsel for the Defendant:

_____
Shannon Quill, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:22-CR-0123 |
| Franklin Ifeanyichukwu Okwonna | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square.<br>Alexandria, VA 22314 | Courtroom No.: | Hon. Judge L. Brinkema, CR700 |
|---|---|---|---|
| | | Date and Time: | 06/10/2024 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date: 4/24/2024

CLERK OF COURT

COPY

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Franklin Okwonna

Shannon Quill, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender for the Eastern District of Virginia
1650 King St., suite 500
Alexandria, VA 22314
(703) 600-0800

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: