# SENTENCING MINUTES

| | |
|---|---|
| Date: 9/3/2024 | Judge: **LEONIE M. BRINKEMA** |
| Time: 9:14 -9:31 (00:32) | Reporter: S. Austin |
| | Courtroom Deputy K. Galluzzo |
| | Case Number: 1:22cr00123-002 |

| | |
|---|---|
| UNITED STATES OF AMERICA | Counsel/Govt: Lauren Withers, Tom Dougherty |
| v. | |
| **FRANKLIN IFEANYICHUKWU OKWONNA** | Counsel/Deft: Shannon Quill |

Court adopts PSI (X)     without exceptions (X)     with exceptions:

**SENTENCING GUIDELINES:**
Offense Level: 28
Criminal History: I
Imprisonment Range: Count 1: 78 to 97 months; Count 9: 2 years consecutive to all other counts
Supervised Release Range: Count 1: 1-3 years; Count 9: 2-5 years
Fine Range: $25,000 to $11,254,686.10
Restitution $4,946,741.52
Special Assessment $200

**JUDGMENT OF THE COURT:**
- BOP for 63 months with credit for time served starting on 6/11/2023. This term consists of 39 months as to Count 1 and 24 months as to Count 9, to be served consecutively.
- No term of Supervised Release imposed.
- Restitution of $4,946,741.52 due immediately/ monthly installments of $100 or 25% of net income to begin w/in 60 days of release from custody; interest waived.
- No punitive fines/costs of incarceration/costs of supervision imposed.
- Special Assessment $200
  - Deft allocutes.
  - Defendant advised he/she may have the right to appeal.

**RECOMMENDATIONS to BOP**:

| | |
|---|---|
| X | Dft. To be designated to: FCI Fort Dix |
| ___ | Dft. designated to facility to participate in ICC (Boot Camp) type program |
| ___ | Dft. to participate in the Residential Drug Abuse Treatment Program (RDAP) |
| ___ | Other: ___ |

Deft: (X) Remanded     ( ) Cont'd on Bond to Self-Surrender     ( ) Referred to USPO     ( ) Immediate Deportation